[No. 12240–1–I.   Division One.   January 30, 1984.]

*In the Matter of the Marriage of* LILLIE ELIZABETH
RIGGAS, *Respondent, and* PAUL WILLIAM
RIGGAS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–3–00598–7, Daniel T. Kershner, J.,

entered August 20, 1982. *Affirmed in part, reversed in part, and remanded in part* by unpublished per curiam opinion.